# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

June 13, 2024

**Via ECF and EMAIL**

The Honorable Jesse M. Furman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> The Court had previously warned that no further adjournments were likely. Nevertheless, the application GRANTED, and sentencing is hereby ADJOURNED to **August 7, 2024, at 10:00 am**. NO FURTHER ADJOURNMENTS WILL BE GRANTED. The Clerk of Court is directed to terminate Doc. #265. SO ORDERED.
>
> *[signature]* June 14, 2024

**RE: United States v. Darrell Spencer**
**Criminal Docket 22 CR 343 (JMF)**

Dear Judge Furman:

    I am currently waiting on a verdict in the United States v. Anthony Kennedy 20 Cr. 239, in EDNY, before Judge Cogan. Yesterday I opened in Brooklyn Supreme Court on a murder trial before Judge Guarino Part 35. After this homicide trial, I will be out of the country for July. I ask that Mr. Spencer's sentencing be adjourned to the second week of August for the defense to submit our sentencing memorandum and materials. I have spoken to the Government and they do not object to this adjournment.

    Respectfully,

*Kenneth J. Montgomery*
*Kearloff Commisiong*
Attorney for Darrell Spencer
396 Waverly Avenue
Brooklyn, New York 11238